Gabriel Edgardo **BUCHOWIECKI–KORT-**
**KIEWICZ,** Petitioner,

v.

**UNITED STATES IMMIGRATION AND**
**NATURALIZATION SERVICE,**
**Respondent.**

Application of Gabriel Edgardo **BUCHO-**
**WIECKI–KORTKIEWICZ, etc., et al.,**
**Plaintiff and Appellant,**

v.

Donald T. **WILLIAMS,** Acting District
Director, Immigration and Naturaliza-
tion Service, Los Angeles, California,
**Defendant and Appellee.**

**Nos. 71–2078, 71–2644.**

United States Court of Appeals,
Ninth Circuit.

Feb. 9, 1972.

Rehearing Denied March 23, 1972.

---◆---

George Kalinski (argued), Marina Del
Rey, Cal., for appellant.

Carolyn M. Reynolds, Asst. U. S. Atty.
(argued), Robert L. Meyer, U. S. Atty.,
Frederick M. Brosio, Jr., Asst U. S. Atty.,
Donald T. Williams, Acting Dist. Direc-
tor, Los Angeles, Cal., for appellee.

Before CHAMBERS, CARTER and
CHOY, Circuit Judges.

PER CURIAM:

The decision of the Immigration and
Naturalization Service, which has order-
ed the deportation of Buchowiecki-
Kortkiewicz, is affirmed. Also, the
denial in district court of a petition for
habeas corpus is affirmed.

Appellant primarily attacks on a con-
stitutional basis the classification in the
statute which permits his plea of guilty
to possession of marijuana in violation of
a California state penal statute to be a
basis for deportation.

Congress had made the classification
and we cannot say that it has no rational
basis.